# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Harry H. Rimm
(212) 278-1553
hrimm@andersonkill.com

**VIA FACSIMILE**   January 18, 2008

Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Antone White: 07-CR-570 (NRB)**

Dear Judge Buchwald:

I am CJA counsel for Antone White in the above matter. I write regarding scheduling and with the consent of co-defendant's counsel and the government.

During our last conference with the Court, (1) the government indicated that it was still awaiting analysis from the FBI relating to certain telephones that had been seized in this case and would produce such additional and final discovery once the analysis was completed and (2) Your Honor set a tentative motion schedule requiring motions to be served on or before January 25, 2008.

The government has now advised that it will produce the additional and final discovery on or about Wednesday, January 23, 2008. Defense counsel seek the opportunity to review such discovery before filing any motions. In addition, the parties are attempting to (a) negotiate dispositions and (b) schedule a meeting between the two defendants. Finally, I will be out of the country from January 21 through and including January 24. For these reasons, we respectfully request a new date of February 22, 2008 by which motions, if any, are to be filed. Defense counsel consent to the further exclusion of time.

Respectfully submitted,

Harry H. Rimm

cc: (Via Facsimile)
    Antonia Apps, Esq.
    Bruce McIntyre, Esq.

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.