**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 26, 2008

**BY FACSIMILE**
Omar Khan
Law Clerk
Chambers of The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:  **United States v. Antone White et al**
         07 Cr. 570 (NRB)

Dear Mr. Khan:

    Earlier today, the Court endorsed a letter submitted by defense counsel in this case asking for an extension of time to March 24, 2008 to file motions, and consenting to the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. However, the docket sheet entry reflects only the extension of time to file motions and not the Speedy Trial Act exclusion of time. The Government respectfully requests that the docket sheet be amended to reflect that the Court has also excluded time under the Speedy Trial Act until March 24, 2008.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Antonia M. Apps
                              Assistant United States Attorney
                              (212) 637-2198 (phone)
                              (212) 637-2527 (fax)

cc:  Harry H. Rimm, Esq.
     Bruce McIntyre, Esq.