```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

        - v. -                      :   ORDER

ANTONE WHITE,                       :   07 Cr. 570 (NRB)

        Defendant.                  :
- - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 23, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         July 22, 2008


                                        THE HONORABLE NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE