# ReedSmith

**MEMO ENDORSED**

ReedSmithLLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

Harry H. Rimm
Direct Phone: +1 212 205 6080
Email: hrimm@reedsmith.com

September 4, 2008

**RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD**
**SEP - 4 2008**
**UNITED STATES DISTRICT JUDGE**

<u>VIA FACSIMILE (212) 805-7927</u>

Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

07 CR 570

Re: <u>United States v. Antone White,</u> (NRB)

Dear Judge Buchwald:

I am CJA counsel for defendant Antone White ("White"). Mr. White's sentencing is currently set for Wednesday, September 17, 2008.

I respectfully request that the sentencing be postponed for one month. The government consents to this request.

Very truly yours,

Harry H. Rimm /aja

Harry H. Rimm

cc: Antonia Apps, Esq. (Via Facsimile: 212-637-2387)

*The sentencing is adjourned until November 20, 2008 at 2:30pm.*

*So Ordered.*

USDJ
9/16/08

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 9/16/08**

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-9043536.1-HHRIMM